IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NICOLE BASLER, et al., | Case No. 2:22-cv-01386 |
| Plaintiffs, | Magistrate Judge Nancy Joseph |
| v. | |
| GENERAC POWER SYSTEMS INC., | |
| Defendant. | |
| | |
| JOHN DILLON, | Case No. 2:23-cv-00034 |
| Plaintiff, | Magistrate Judge Nancy Joseph |
| v. | |
| GENERAC POWER SYSTEMS, INC., | |
| Defendant. | |

## DEFENDANT GENERAC POWER SYSTEMS, INC.'S UNOPPOSED MOTION TO STAY

Defendant Generac Power Systems, Inc. ("Generac"), by its undersigned attorneys, pursuant to Eastern District of Wisconsin Civil Local Rule 7 and this Court's inherent power to control its docket under Article III of the United States Constitution, moves to stay all proceedings in the above-captioned action pending a ruling by the Judicial Panel on Multidistrict Litigation on a motion to consolidate this action with others filed in several other federal courts. The grounds for this motion are stated in Generac's Memorandum of Law in Support of Unopposed Motion to Stay, which is being filed contemporaneously.

1

Dated: March 17, 2023                    Respectfully submitted,

By: */s/ Michael J. Gill*
Michael J. Gill
Michael A. Olsen
Gina A. Jordt
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, Illinois 60606
Tel: 312-782-0600
Fax: 312-701-7711
mgill@mayerbrown.com
molsen@mayerbrown.com
gjordt@mayerbrown.com

Elspeth V. Hansen
**MAYER BROWN LLP**
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: 650-331-2043
Fax: 1-650-331-2060
ehansen@mayerbrown.com

Andrew J. Spadafora
**MAYER BROWN LLP**
1999 K Street, NW
Washington, DC 20006
Telephone: 202-263-3043
Fax: 202-263-3300
aspadafora@mayerbrown.com

*Counsel for Generac Power Systems, Inc.*