UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IN RE: GENERAC SOLAR POWER
SYSTEMS MARKETING, SALES
PRACTICES, AND PRODUCTS LIABILITY
LITIGATION

MDL No. 23-MD-3078

This Document Relates to All Cases

---

## ORDER

On October 3, 2025, the parties indicated that they have reached a settlement in principle as to all claims in this consolidated case. The parties request that this court stay all proceedings while the settlement agreement is finalized.

Therefore, **IT IS ORDERED** that all proceedings and deadlines in this case are **STAYED** pending further order of the court. Plaintiffs will file a Motion for Preliminary Approval of the Settlement no later than November 21, 2025.

Dated at Milwaukee, Wisconsin, this 6th day of October, 2025.

/s/ Lynn Adelman
LYNN ADELMAN
United States District Judge